## AFFIDAVIT OF DOMINIC CLOUTIER IN SUPPORT OF A CRIMINAL COMPLAINT

### Background

1.      I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), where I have been assigned since May of 2022 and I am assigned to the Portland, Maine Field Office. I have been a police officer with the Lewiston Police Department since August 2012.

2.      During my employment as a law enforcement officer, I have participated in numerous investigations relating to the unlawful possession of firearms. I have utilized various investigative tools and techniques, including the use of cooperating witnesses, physical surveillance, search warrants, and witness interviews.

3.      I submit this affidavit in support of the filing of a criminal complaint charging Jennifer Scruggs with violating Title 18, United States Code, Section 922(a)(6). The information contained in this affidavit is based on my personal involvement in this investigation, my training and experience, and information provided to me by other law enforcement officers.

### Scruggs' Firearm Purchases Between March 2022 and June 2022

4.      Between March 20, 2022, and June 17, 2022, Jennifer Scruggs purchased 55 firearms from three different Federal Firearm Licensees (FFL).[1]  The below chart reflects the date and location of those purchases, the specific firearms that were purchased and the specific false written/oral statement made by Scruggs when she completed ATF Form

---

[1] I have confirmed that Scruggs is not a licensed firearms dealer.

1

4473.[2]   As the contents of this affidavit reflect, Scruggs' statements were false because

Scruggs was actually purchasing the below-listed firearms on behalf of another person.

| Date | FFL | False Statement | Firearms Purchased |
|---|---|---|---|
| March 20, 2022 | Ballstown Firearms, Whitefield, Maine | Defendant responded, "Yes" to question 11(a) of the ATF Form 4473, which asked "Are you the actual buyer of the firearm(s) listed on this form?  Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person.  If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you." | (1) Beretta, Model M93A, 9mm Luger, Serial No. B033014Z<br><br>(2) Smith & Wesson (S&W), Model 469, 9mm, Serial No. TAC0620<br><br>(3) Bernardelli, Model 80, 380 mm, Serial No. 018514 |
| March 28, 2022 | G3 Firearms, Turner, Maine | Defendant responded, "Yes" to question 11(a) of the ATF Form 4473, which asked "Are you the actual buyer of the firearm(s) listed on this form?  Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person.  If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you." | (1) Steyr, Model GB, 9mm, Serial No. P07255<br><br>(2) Jimenez, Model JA9, 9mm, Serial No. 411599<br><br>(3) Jimenez, Model JA9, 9mm, Serial No. 411663<br><br>(4) Jimenez, Model JA9, 9mm, Serial No. 411802<br><br>(5) Kel-Tec, Model P11, 9mm, Serial No. T6368-21AV11405<br><br>(6) SAR, Model SAR9, 9mm, Serial No. T-1102-20HC51125<br><br>(7) S&W, Model Shield 380, 380mm, Serial No. RJR8454<br><br>(8) Girsan, Model MC28, 9mm, Serial No. T6368-21AV11130 |

[2] A Firearms Transaction Record, or ATF Form 4473, is a six-page form prescribed by ATF required to be completed when a person proposes to purchase a firearm from a FFL holder, such as a gun dealer.

| | | | | (9) Girsan, Model MC28, 9mm, Model No T6368-21AV10984 |
| | | | | (10) Girsan, Model MC28, 9mm, Serial No. T6368-21AV10987 |
| | | | | (11) Palmetto, Model ARV9, 9mm, Serial No. ARVBO9929 |
| March 30, 2022 | G3 Firearms, Turner, Maine | | Defendant responded, "Yes" to question 11(a) of the ATF Form 4473, which asked "Are you the actual buyer of the firearm(s) listed on this form? Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you." | (1) Palmetto, Model Dagger, 9mm, Serial No. FG036855<br><br>(2) Zastava, Model M70, 38mm, Serial No. 122894<br><br>(3) Sig Sauer, Model P365, 9mm, Model No. 66B422990<br><br>(4) Ruger, Model Pro-Duty, 9mm, Serial No. 860-38670<br><br>(5) Ruger, Model America, 9mm, Serial No. 860-12464 |
| April 15, 2022 | J.T. Reids Gunshop, Auburn, Maine | | Defendant responded, "Yes" to question 11(a) of the ATF Form 4473, which asked "Are you the actual buyer of the firearm(s) listed on this form? Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you." | (1) S&W, Model SD9, 9mm, Serial No. FYZ835<br><br>(2) S&W, Model M&P380, 380mm, Serial No. RJD1213<br><br>(3) S&W, Model BG38, 38mm, Serial No. CVF3483<br><br>(4) S&W, Model M&P9, 9mm, Serial No. REY3277<br><br>(5) SDS Imp., Model 1911A1, 45acp, Serial No. T0620-21Z21806<br><br>(6) SDS Imp., Model 1911A1, 9mm, Serial No. T0620-21K00182 |

| | | | | (7) Rock Island, Model 1911A1, 45acp, Serial No. RIA2444881 |
| | | | | (8) SDS Imp., Model 1911A1, 45acp, Serial No. T0620-22Z03278 |
| | | | | (9) Taurus, Model 856 (Revolver), .38 spl, Serial No. ACN757068 |
| | | | | (10) Charter Arms, Model Lavender Lady, 38 spl, Serial No. 22L29146 |
| April 19, 2022 | G3 Firearms, Turner, Maine | | Defendant responded, "Yes" to question 11(a) of the ATF Form 4473, which asked "Are you the actual buyer of the firearm(s) listed on this form?  Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person.  If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you." | (1) Grand Power Stribog, Model SP9A1, 9mm, Serial No. GSA25875 (Recovered); |
| | | | | (2) Palmetto, Model AHU, 9mm, Serial No. AKV0Z0271 |
| | | | | (3) Zastava, Model ZPAP, 223mm, Serial No. 285-014536 |
| | | | | (4) Taurus, Model 856, 38 spl, Serial No. AMMC620551 |
| | | | | (5) Charter Arms, Model Undercover,  38 spl, Serial No. 21071854 |
| | | | | (6) Beretta, Model 1943, 380mm, Serial No. 00508 |
| May 8, 2022 | J.T. Reids Gunshop, Auburn, Maine | | Defendant responded, "Yes" to question 11(a) of the ATF Form 4473, which asked "Are you the actual buyer of the firearm(s) listed on this form?  Warning: You are not the actual buyer if you are acquiring the firearm(s) on | (1) SDS Imp., Model Faith, 380 acp, Serial No. T0620-21J02284 |
| | | | | (2) M&M Ind., Model M10X-P, 7.62x39, Serial No. W05598 |

| | | | |
|---|---|---|---|
| | | behalf of another person.  If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you." | (3) SDS Imp., Model Faith,  380 acp, Serial No. T0620-21J02315 |
| May 10, 2022 | J.T. Reids Gunshop, Auburn, Maine | Defendant responded, "Yes" to question 11(a) of the ATF Form 4473, which asked "Are you the actual buyer of the firearm(s) listed on this form?  Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person.  If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you." | (1) Tristox/Metro, Model AC1911, 38sup, Serial No. A21-13546

(2) Browning, Model 1911-380, 380acp, Serial No. 51-HY2110101 (Recovered) |
| May 11, 2022 | G3 Firearms, Turner, Maine | Defendant responded, "Yes" to question 11(a) of the ATF Form 4473, which asked "Are you the actual buyer of the firearm(s) listed on this form?  Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person.  If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you." | (1) Century pistol, Model Draco, 7.62x39, Serial No. ROA21DG1752

(2) Grand Power Stribog, Model SA9A1, 9mm, Serial No. GSA25759

(3) Grand Power Stribog, Model SA9A1, 9mm, Serial No. GSA25518

(4) Palmetto, Model PSAK47P, 7.62x39, Serial No. P7012545 |
| June 14, 2022 | G3 Firearms, Turner, Maine | Defendant responded, "Yes" to question 11(a) of the ATF Form 4473, which asked "Are you the actual buyer of the firearm(s) listed on this form?  Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person.  If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you." | (1) Kel-Tec, Model P50, 5.7x28, Serial No. AAF428

(2) Ruger, Model PC Charger, 9mm, Serial No. 913-60944

(3) CZ/USA, Model Scorpion, 9mm, Serial No. G076417 |

| | | | |
|---|---|---|---|
| | | | (4) Glock, Model 43X, 9mm, Serial No. BXCC703 |
| | | | (5) Glock, Model 43X, 9mm, Serial No. BNES856 |
| | | | (6) Glock, Model 43X, 9mm, Serial No. AGPG024 |
| | | | (7) HondR, Model 1871, 12g, Serial No. NZ515617 |
| | | | (8) CZ /USA, Model Scorpion, 9mm, Serial No. G047866 |
| June 17, 2022 | G3 Firearms, Turner, Maine | Defendant responded, "Yes" to question 11(a) of the ATF Form 4473, which asked "Are you the actual buyer of the firearm(s) listed on this form?  Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person.  If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you." | (1) CZ/USA, Model Scorpion, 9mm, Serial No. G105371  (2) Glock, Model 17, 9mm, Serial No. BWFG892  (3) Glock, Model 19, 9mm, Serial No. BVTP766 (Recovered) |

## First Interview of Scruggs

5.      On August 19, 2022, Lewiston Police Detective Tyler Martin and I interviewed

Jennifer Scruggs regarding her then-recent firearms purchases. During the interview,

Scruggs said the following:

- She was a regular user of both cocaine and crack cocaine and uses drugs weekly;

- She bought so many firearms because she does not trust banks;

6

- Her financial plan was to buy firearms with her 401K money and cash, because it was her belief that firearms will hold value better than cash in a bank;

- She has medical issues -- including cancer and injuries sustained from a car accident -- which prompted her to buy the firearms to leave to her son should she pass away;

- She stores all her firearms at her brother's residence;

- Two of the firearms that she had purchased were stolen when she let two individuals (hereinafter Individual 1 and Individual 2) stay at her residence for a night;

- She kept two of the firearms that she bought in her home, one in her bedroom and the other hidden in the couch cushions;

- Individual 1 and Individual 2 slept on the two couches when they went to bed and Scruggs could not find the firearms the following day after they left;

- She has lost multiple cell phones in the previous six months and primarily communicates through Facebook Messenger App;

- She contacted Individual 1 and Individual 2 using the Facebook Messenger App to get Individual 1 to return the stolen firearms;

- Scruggs did not report the stolen firearms to the Androscoggin County Sherriff's office;

- Individual 1 did not return the firearms when asked;

- Scruggs and her boyfriend drove to Los Angeles CA shortly after the last purchase of firearms in June 2022;

- Her boyfriend is in the construction business and had a job to install bathroom tile in a residence in a suburb of Los Angeles CA; and

- While they drove her boyfriend's work truck to CA, they left her boyfriend's work truck in CA and flew home.

### Interview of Scruggs' Brother

6.    I conducted a follow-up interview with Scruggs' brother at his residence on August 22, 2022. During this interview, Scruggs' brother told me that he is not storing – nor was he ever asked to store – any firearms for his sister. He also told me that his sister was a drug user and a liar, and that he did not think she was sick. Scruggs' brother has observed physical signs of drug abuse by his sister – specifically, he saw her arrive three hours late to her son's birthday party in January 2022 looking sweaty and sick. Scruggs' brother made clear that his relationship with his sister has been rough and that he finds her to be toxic. The last time he saw her was approximately 6 months ago. Scruggs' brother permitted me to inspect his gun safe to confirm he was not storing any of his sister's firearms.

### Second Interview of Scruggs

7.    I conducted a second interview of Scruggs on August 26, 2022. During this interview, she told me the following:

- The firearms were actually being stored with her boyfriend's[3] cousin and uncle but she did not know their names; and

- She did not know that her boyfriend had changed his mind about storing the firearms with her brother and decided to store them with his family.

---

[3] Scruggs' boyfriend is convicted of domestic violence assault and is prohibited from possessing firearms.

## August 30, 2022 California Firearm Seizure

8.     On August 30, 2022, the Los Angeles Police Department recovered one of the 55 firearms Scruggs had purchased while responding to a negligent discharge complaint. The suspect discharged the firearm into the air multiple times, reportedly yelling "Crypts." The recovered firearm was the Browning model 1911, pistol, .380 acp, serial number 51-HY2110101 purchased from J.T. Reids Gunshop on May 10, 2022.

## Third Interview of Scruggs

9.     On October 21, 2022, I spoke with Scruggs a third time. During this interview, Scruggs told me that the firearms she purchased between March 20, 2022 and June 17, 2022 were purchased for two other people (hereinafter Individual 3 and Individual 4)– who then transported the firearms by vehicle to California. Scruggs stated Individuals 3 and 4 were the only two people who told her what to buy and that they were outfitting a gang in California, but she was not allowed to meet any of the gang members.

## Scruggs' Facebook Messenger Account

10.     I applied for and received a search warrant for Scruggs' Facebook Messenger account. Upon reviewing her account, I observed several conversations indicating that Scruggs purchased firearms for Individuals 3 and 4.

11.     On June 13, 2022, Individual 3 and Scruggs conversed over Facebook Messenger. During this conversation, Scruggs and Individual 3 discuss Scruggs' travel to G3 Firearms in Turner:



From: Facebook: 100001714417995 Jennifer Scruggs
Heading to turner shortly for [REDACTED] laundry, I was trying to sync trips to save on gas/mileage. Think you'll be ready soon?

6/13/2022 7:30:39 PM(UTC+0)

Source Info:
2049312161933550.zip\index.html : 0x0 (Size: 3982939 bytes)

From: Facebook: [REDACTED]
Yes I'm headed to the gun store now

6/13/2022 7:32:31 PM(UTC+0)

Source Info:
2049312161933550.zip\index.html : 0x0 (Size: 3982939 bytes)

From: Facebook: [REDACTED]
It won't take long

6/13/2022 7:32:39 PM(UTC+0)

Source Info:
2049312161933550.zip\index.html : 0x0 (Size: 3982939 bytes)

From: Facebook: 100001714417995 Jennifer Scruggs
Ok. Do you want to meet me in Turner then?

6/13/2022 7:33:20 PM(UTC+0)

Source Info:
2049312161933550.zip\index.html : 0x0 (Size: 3982939 bytes)



12. Indivudal 3 also sent four images (below) of firearms from G3 Firearms on June 13, 2022. The images included the price of the item. The firearms these images depict are as follows:

    1) Ruger    PC    9mm  - $685.00
    2) Glock    43X   9mm  - $489.00
    3) Glock    43    9mm  - $520.00
    4) Kel Tec  P50   5.7x28- $1029.00






13.     Individual 3 sent the below message on June 14, 2022 to Scruggs. Based on my training and experience, I know that Grand Powers and Scorpions are firearms models. Scorpion is the model of a firearm manufactured by CZ (Ceska Zbrojovka).



14.     Comparing the description of firearms purchased by Scruggs from G3 Firearms on June 14, 2022 to the Facebook Messenger conversation with Individual 3, Scruggs purchased all the firearms Individual 3 dictated to her in the Facebook messages. The only firearm Scruggs purchased that Individual 3 did not dictate to her was the 12-gauge shotgun.

15.     Scruggs sent a message to Indiviudual 3 on June 14, 2022 explaining that she almost finished the purchase and sent an image of cash on the counter at G3 Firearms.



13

16. I also observed the following message Scruggs sent to Individual 4 in which she explained that she needed a government printed document with her current address, because her ID had a P.O. Box for an address. Scruggs stated that she planned to obtain a hunting / fishing license to overcome this hurdle. Scruggs states to Indivudal 4 that "they" are all his after she finishes the purchase.   I interpret "they" as being a reference to the firearms she was purchasing.



14

17.   Scruggs also had a running conversation with another individual, hereinafter Individual 5, on June 14, 2022. I know from my involvement in this investigation that Individual 5 had a personal relationship with Individual 4. In the conversation, Scruggs asked Individual 5 if he/she would like to "go pick up [Individual 3's] order" with her. Scruggs also mentioned how she must get a hunting fishing license. Scruggs explained how there is "so much red tape."





18.     Scruggs also had a convsersation with another individual, hereinafter Individual

6.  During this conversation, Scruggs discussed her trip to California and how she met

Indivusal 3 and Individual 4's "crypt" boss and their "cartel" hook up.

From: Facebook: 100001714417995 Jennifer Scruggs

[redacted] was asked to give a deal on a 1/2lb. Sold it for $4300. He couldn't get ahold of the dude to ask first, called me and had me drive to his house to wake him up and ask. Right before I got there [redacted] said he just went ahead and did it on his own. I told the dude that and he was a bit irritated but not too bad. They get that shit for next to nothing out in Cali. He has to come here to grab more to take up north with him todya

6/2/2022 12:45:37 PM(UTC+0)

Source Info:
2049312161933550.zip/index.html : 0x0 (Size: 3982939 bytes)

From: Facebook: 100001714417995 Jennifer Scruggs

Today*

6/2/2022 12:45:41 PM(UTC+0)

Source Info:
2049312161933550.zip/index.html : 0x0 (Size: 3982939 bytes)

35

From: Facebook: 100001714417995 Jennifer Scruggs

He'll be here in like 15/20 mins

6/2/2022 12:45:52 PM(UTC+0)

Source Info:
2049312161933550.zip/index.html : 0x0 (Size: 3982939 bytes)

From: Facebook: 100001714417995 Jennifer Scruggs

MF. Why does this plan keep getting interrupted... I will tell you the minute that he leaves

6/2/2022 12:46:19 PM(UTC+0)

17



**Individual 3 Car Rental / Interview of Individual 7**

19.     I found a conversation in Scruggs' Facebook Messenger where Scruggs discussed a Portland rental car a few days prior to Scruggs' trip to California. I contacted several rental car agencies in the Portland area and found that Individual 3 rented a vehicle from Avis on June 18, 2022. Law Enforcement License Plate Reader (LPR) machines show the car Individual 3 rented hit multiple license plate readers traveling across the country from Maine to Los Angeles in the days following the rental. The rental agreement reflected a secondary driver of an individual hereinafter referred to as Individual 7.

18

20.    I located and interviewed Individual 7, who told me that she was a sexual partner of Individual 3, and that she just went along for the ride to California. Induvial 7 explained that she was offered a free trip to California, and that she had friends in Los Angeles. According to Induvial 7, three people traveled in the rental car to California: Individual 3, herself and a girl named "Jen."  Individual 7's description of "Jen" matched Scruggs' appearance and Induvial 7's description of the trip to California was consistent with Scruggs' Facebook messages regarding her travel plans.

<u>Recovery of Glock 19 Purchased on June 17, 2023</u>

21.    I received notification on February 23, 2023 from the National Tracing Center that the Glock, model 19, 9mm, Serial No. BVTP766 that Scruggs had purchased from G3 Firearms on June 17, 2023 was recovered by the Los Angeles Police Department on February 18, 2023 in Los Angeles, California.

<u>Conclusion</u>

22.    Based on the information detailed above, there is probable cause to believe that violations of Title 18, United States Code, Section 922(a)(6) have occurred. I respectfully request the Court issue a criminal complaint charging Jennifer Scruggs with the offence of providing a false statement during the acquisition of firearms, in violation of Title 18 USC § 922(a)(6).

Dominic Cloutier
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to telephonically and signed
electronically in accordance with the
requirements of Rule 4.1 of the Federal Rules
of Criminal Procedures

Date:   Feb 27 2023

City and state:   Portland, Maine

_Judge's signature_

Karen Frink Wolf   U.S. Magistrate Judge
_Printed name and title_